UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Leo Paul Desselle III                                       Date 07/20/2014
   ( PLAINTIFF )
      -vs-
GECRB/WALMART
   ( DEFENDANT )

## COMPLAINT

### JUSISDICTION

My name is Leo Paul Desselle III
my address is 12330 Willow Dr.
New Orleans Louisiana, 70131

### PARTIES

GECRB/WALMART
120 North 7 Oaks Dr.
Knoxville, TN. 37922

### COMPLAINT

G. E. Capitol Retail Bank ,( GECRB/ Wal-mart ) is reporting erroneous information to the 3 major credit reporting bureaus. Account number 6011314000394493, amount is $2796.00. Plaintiff has disputed this account with the three main credit reporting bureaus with no relief. This was my account dating back to the charge/off date in 2010. As a consumer, the fair credit reporting act, FCRA 623 (a) 8, ability of consumer to dispute information directly, with furnishers and 623(b) duties of furnishers of information upon notice of dispute, plaintiff has requested a full investigation of said account from the original creditor, defendant. As the original creditor on this account, defendant by law has 30 days to provide any documentation as to what they were reporting as accurate credit history to the credit bureaus. As of this date no response was ever submitted to plaintiff. Defendant has violated federal law by exceeding the 30 day plus 5 limit imposed by statute 623 of FCRA. By not responding to the plaintiff's request, and if the information is negative or accurate, defendant has but two options. 1.) Permanently blocking the reporting of this item 2.) Delete the item of information.

### DEMAND

Plaintiff now pleas to the UNITED STATES EASTERN DISTRIC COURT OF LOUISIANA, for relief on this matter. GECRB/WALMART has caused financial injury and defamation on Plaintiff. Plaintiff is requesting a fines of $1000.00 as per 623, imposed on GECRB/WALMART, (US Court of Appeals, Ninth Circuit, No 00-15946, Nelson vs. Chase Manhattan), and damages incurred by the wronged party as deemed by this Honorable Court. The willful and negligent non compliance by GECRB/WALMART has violated Federal Law.

TENDERED FOR FILING

JUL 24 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Leo Paul Desselle III
12330 Willow Drive
New Orleans, LA 70131

NEW ORLEANS LA 700
23 JUL 2014 PM 3 L

Karl P Oerrell III
12330 Willow DR
NOLA 70131

United States District Court
for the
Eastern District of Louisiana
500 Poydras St NOLA 70130
Ro C-151

att pro se Clerk